# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **ZACHARY RYAN ROGERS,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **No. CIV 13-285-JHP-SPS** |
| | ) | **No. CIV 13-301-RAW-SPS** |
| **CHARLES PEARSON, Sheriff,** | ) | **(CONSOLIDATED)** |
| | ) | |
| Respondent. | ) | |

## OPINION AND ORDER

Petitioner has filed two *pro se* habeas corpus petitions pursuant to 28 U.S.C. § 2254, in which he apparently is challenging unspecified state convictions and his federal conviction. To the extent petitioner is attempting to raise claims regarding his federal conviction, those claims cannot be considered in a habeas corpus action pursuant to § 2254. Instead, a challenge to a federal conviction must be presented in a separate action pursuant to 28 U.S.C. § 2255. Forms for filing a § 2255 action are available from the Court Clerk's office. Although both habeas petitions are unclear, they appear to concern common questions of law and fact. Pursuant to Fed. R. Civ. Pro. 42(a), the court may consolidate such actions.

**ACCORDINGLY,** petitioner's two § 2254 habeas corpus actions concerning his unspecified state convictions are consolidated into Case Number CIV 13-285-JHP-SPS, and the Court Clerk is directed to close Case Number CIV 13-301-RAW-SPS. All future filings in this matter shall be in Case Number CIV 13-285-JHP-SPS.


**IT IS SO ORDERED** this 10th day of October 2013.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma